# SIVIN, MILLER & ROCHE, LLP
**20 Vesey Street, Suite 1400**
**New York, NY  10007**
Phone:  212 349-0300
Fax:  212 406-9462

September 2, 2021

<u>Via ECF</u>

Hon. Frank P. Geraci, Jr.
U.S. District Judge
US District Court, Western District of New York
2 Niagara Square
Buffalo, NY  14202

                Re:  Dallas v. Vosburgh, et al.
                Case No. 18-CV-00336 (FPG-LGF)

Your Honor:

The undersigned represents plaintiff in the above action.  I write in response to the Court's Text Order of September 1, 2021 directing plaintiff to file a report updating the Court on the status of the companion state court Claim.

The trial of the companion Claim was completed on April 8, 2021.  Thereafter, the parties were directed to obtain a copy of the trial transcript and submit post-trial briefs.  Claimant's brief has been submitted, and the Court extended defendant's time to submit its brief until September 30, 2021.  Thereafter, claimant has an additional thirty days to submit his reply brief.  The parties then have to wait for the written decision from the Court of Claims.

Thank you for your attention to this matter.

                Very truly yours,

                *Edward Sivin*
                Edward Sivin

ES/lo

Cc:  all parties, via ECF